**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 97-60044

(Summary Calendar)
_____

JANET S THORNTON,

                              Plaintiff-Appellant,

versus

GORDON   WALKER,   Dr,   individually   and
officially; THE BOARD OF TRUSTEES OF THE
HATTIESBURG    PUBLIC    SCHOOL    DISTRICT,
officially; THE HATTIESBURG PUBLIC SCHOOL
DISTRICT,

                              Defendants-Appellees.

_____

Appeal from the United States District Court
For the Southern District of Mississippi
(2:94-CV-278-PG)
_____

September 5, 1997

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Janet S. Thornton appeals the district court's grant of

summary judgment in favor of defendants Gordon Walker, the Board of

_____

     [*]     Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

Trustees of the Hattiesburg Public School District, and the Hattiesburg Public School District in her action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., alleging sexual harassment, sexual discrimination, and retaliation. We agree with the district court that Thornton has failed to produce any evidence, either direct or indirect, from which a jury could reasonably infer that defendants' actions were motivated by sexually discriminatory animus or that Thornton was sexually harassed. Furthermore, Thornton has produced no summary judgment evidence of a causal link between any adverse employment action against her and activity protected under Title VII. *See Mattern v. Eastman Kodak Co.*, 104 F.3d 702, 708 (5th Cir. 1997) (holding that threats of termination are not "adverse employment actions" for purposes of Title VII), *petition for cert. filed*, 66 USLW 3108 (Jul. 21, 1997) (No. 97-126). Therefore, we AFFIRM for the reasons set forth in the district court's opinion.